UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALQUEIO HERNANDEZ, on his own behalf
and on behalf of all others similarly situated,

                        Plaintiff,

     -against-

THE AFFILIATED GROUP, INC. d/b/a
AFFILIATED CREDIT SERVICES,

                       Defendant.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 4467 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 24 2006 ★
BROOKLYN OFFICE

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on January 12, 2006, granting the defendant's motion for summary judgment; denying plaintiff's motion for judgment on the pleadings; and denying the motion for class certification as moot; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the defendant's motion for summary judgment is granted; that plaintiff's motion for judgment on the pleadings is denied; and that the motion for class certification is denied as moot.

Dated: Brooklyn, New York
         January 20, 2006

                                 s/Robert C. Heinemann
                                 ROBERT C. HEINEMANN
                                 Clerk of Court